## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| CRAIG RUSH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:14-cv-3723 |
| | § | |
| JACOBS ENGINEERING GROUP INC. | § | |
| AND SAMUEL PENA, INDIVIDUALLY, | § | |
| | § | |
| Defendants. | § | |

### INDEX OF DOCUMENTS FILED IN STATE COURT

| No. | Document | Date Filed/Served |
|:---:|---|---|
| 1 | Court's Register of Actions | n/a |
| 2 | Plaintiff's Original Petition and Request for Disclosure | September 15, 2014 |
| 3 | Civil Case Information Sheet | September 15, 2014 |
| 4 | Correspondence – request for issuance of citation | September 15, 2014 |
| 5 | Citation directed to Jacobs Engineering Group, Inc. by serving its Registered Agent CT Corporation System | September 19, 2014 |
| 6 | Citation directed to Samuel Pena | September 19, 2014 |
| 7 | Officer's return of service on Jacobs Engineering Group, Inc. citation | September 24, 2014 |
| 8 | Officer's return of service on Samuel Pena citation | October 6, 2014 |

Respectfully submitted,

/s/ John B. Brown
John B. Brown
Texas Bar No. 00793412
john.brown@ogletreedeakins.com
Heidi H. Harrison
Texas Bar No. 24074370
heidi.harrison@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Preston Commons, Suite 500
8117 Preston Road
Dallas, Texas 75225
(214) 987-3800 (Telephone)
(214) 987-3927 (Facsimile)

**ATTORNEYS FOR DEFENDANTS
JACOBS ENGINEERING INC.
AND SAMUEL PENA**

## CERTIFICATE OF SERVICE

This is to certify that on October 17, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system of filing, which will transmit a Notice of Electronic Filing to Plaintiffs' counsel of record, an ECF registrant:

/s/ John B. Brown
John B. Brown

19221765.1

# Tab 1

Skip to Main Content   Logout   My Account   Search Menu   New Civil District Search   Refine Search   Back      Location : All District Civil Courts   Images Help

# REGISTER OF ACTIONS
## CASE NO. DC-14-10855

| | | |
|---|---|---|
| CRAIG RUSH vs. JACOBS ENGINEERING GROUP INC et al | §<br>§<br>§<br>§<br>§ | Case Type: **EMPLOYMENT**<br>Date Filed: **09/15/2014**<br>Location: **160th District Court** |

---

### PARTY INFORMATION

**Lead Attorneys**

**DEFENDANT**   JACOBS ENGINEERING GROUP INC

**DEFENDANT**   PENA, SAMUEL

**PLAINTIFF**    RUSH, CRAIG                                       **JASON C N SMITH**<br>*Retained*<br>817-334-0880(W)

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 09/15/2014 | **NEW CASE FILED (OCA) - CIVIL** | | |
| 09/15/2014 | **ORIGINAL PETITION** | | |
| 09/15/2014 | **ISSUE CITATION** | | |
| 09/19/2014 | **CITATION** | | |
| | JACOBS ENGINEERING GROUP INC | Served | 09/23/2014 |
| | | Returned | 09/24/2014 |
| | PENA, SAMUEL | Served | 10/01/2014 |
| | | Returned | 10/06/2014 |
| 09/19/2014 | **CITATION ISSUED** | | |
| | *CERT 9214 8901 0661 5400 0040 1300 53* | | |
| 09/19/2014 | **CITATION ISSUED** | | |
| | *ESERVE 2551875* | | |
| 10/06/2014 | **RETURN OF SERVICE** | | |
| | *EXECUTED CITATION* | | |

---

### FINANCIAL INFORMATION

**PLAINTIFF RUSH, CRAIG**
Total Financial Assessment                                        363.00
Total Payments and Credits                                       363.00
**Balance Due as of 10/16/2014**                                **0.00**

| | | | | |
|---|---|---|---|---|
| 09/16/2014 | Transaction Assessment | | | 363.00 |
| 09/16/2014 | CREDIT CARD - TEXFILE (DC) | Receipt # 54246-2014-DCLK | RUSH, CRAIG | (363.00) |

# Tab 2

FILED
DALLAS COUNTY
9/15/2014 4:42:41 PM
GARY FITZSIMMONS
DISTRICT CLERK

Hernandez Angelic

NO. _____

DC-14-10855

| | | |
|---|---|---|
| CRAIG RUSH | § | IN THE DISTRICT COURT |
|     Plaintiff, | § | |
| | § | |
| VS. | § | OF DALLAS COUNTY, TEXAS |
| | § | |
| JACOBS ENGINEERING GROUP, INC. | § | |
| AND SAMUEL PENA, INDIVIDUALLY, | § | |
|     Defendants. | § | ___ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CRAIG RUSH, Plaintiff, complaining of Defendant JACOBS ENGINEERING GROUP, INC. and SAMUEL PENA, Individually, and files this his Plaintiff's Original Petition and Request for Disclosure, and for cause of action would respectfully show the Court as follows:

**1.**

Pursuant to Texas Rules of Civil Procedure, Rule 190, this case will be designated as a Level II.

**2.**

Plaintiff is an individual residing in Tarrant County, Texas.

**3.**

Defendant Jacobs Engineering Group, Inc., (hereinafter referred to as "Jacobs Engineering") is a Delaware company registered to do business in Texas and may be served with process by serving its registered agent CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

Defendant Samuel Pena, is an individual who may be served at his place of residence, 1107 Danbury Drive, Mansfield, Texas 76063.

Suit is brought against these entities pursuant to Rule 28 of the Texas Rules of Civil Procedure.

**4.**

Venue is proper in Dallas County pursuant to section 15.002 of the Texas Civil Practice and Remedies Code because a principal office for Defendant Jacobs Engineering in the State of Texas is in Dallas County and because all or a substantial portion of the facts giving rise to Plaintiff's cause of action occurred in Dallas County, Texas.

**5.**

For over 13 years, Plaintiff Craig Rush worked for Defendant Jacobs Engineering and its successors, rising to the position of Principal Program Manager for Defendant Jacobs Engineering.

In August 13, 2013 Plaintiff received an email instructing him to move labor time from one customer to another, thus, defrauding the clients.

Defendant Samuel Pena, manager of the project demanded Plaintiff sign the work and falsely indicate that the work was done for one client and not another. If Plaintiff did so, such conduct would constitute committing crimes, including theft, fraud, deceptive business practices, mail fraud, wire fraud and conspiracy.

Plaintiff refused to commit crimes and refused to sign for the work.

Defendant Pena became angry with Plaintiff for refusing to do so. After Plaintiff refused to commit crimes in billing Defendant Jacobs Engineering customers, Defendant Pena refused to provide work for Plaintiff. Furthermore, within 30 days of Plaintiff's refusal to commit a crime, Defendant Pena reassigned 5 projects from Plaintiff.

Within 30 days of Plaintiff refusing to commit crimes, Defendant Pena also gave Plaintiff an evaluation that did not accurately reflect Plaintiff's work performance and which was significantly lower than previous performance reviews.

Defendant Jacobs Engineering terminated Plaintiff's employment. By letter dated May 27, 2014, Defendant Jacobs Engineering placed Plaintiff on convenience leave with an anticipated return to work date September 1, 2014. Defendant Jacobs Engineering then refused to bring Plaintiff back to work.

Defendant Pena's actions were contrary to the interests, code of conduct and policies of Defendant Jacobs Engineering and constitute the crimes of retaliation, theft, fraud, deceptive business practices, mail fraud, wire fraud and conspiracy.

**6.**

Defendant Jacobs Engineering terminated Plaintiff Rush for refusing to perform an illegal act.

**7.**

Defendant Jacobs Engineering reduced Plaintiff's hours for refusing to perform an illegal act.

**8.**

Defendant Jacobs Engineering's wrongful acts have proximately caused injury to Plaintiff Rush. Plaintiff Rush has suffered lost wages, loss of earning capacity, lost benefits, mental anguish, inconvenience and loss of enjoyment of life as a result of Defendant Jacobs Engineering's actions against him. Plaintiff Rush has suffered these injuries in the past and in all reasonable probability will continue to suffer these injuries in the future. Plaintiff Rush also seeks punitive damages.

**9.**

Defendant Pena tortuously interfered with the contract between Plaintiff and Defendant Jacobs Engineering.

**10.**

Defendant Pena engaged in a conspiracy against Plaintiff to accomplish and unlawful purpose.

**11.**

Defendant Pena retaliated against Plaintiff in violation of § 36.06 of the Texas Penal Code, for which Defendant Jacobs Engineering is vicariously liable.

**12.**

Defendant Pena's wrongful acts have proximately caused injury to Plaintiff Rush. Plaintiff Rush has suffered lost wages, loss of earning capacity, lost benefits, mental anguish, inconvenience and loss of enjoyment of life as a result of Defendant Pena's actions against him. Plaintiff Rush has suffered these injuries in the past and in all reasonable probability will continue to suffer these injuries in the future.  Plaintiff Rush also seeks punitive damages.

**13.**

Pursuant to Tex. R. Civ. P. 47, Plaintiff Rush seeks only monetary relief over $1,000,000 or whatever the finder of fact determines to be fair.

**14.**

**REQUEST FOR DISCLOSURE**

Under the authority of Texas Rules of Civil Procedure 194, Plaintiff Rush requests that Defendants disclose within fifty (50) days of service of this request, the information or material described in Rules 194.2 and 194.3 and 194.5.

**15.**

**NOTICE OF INTENT TO USE DOCUMENTS**

Pursuant to Tex. R. Civ. P. 193.7, Plaintiff Rush, by and through the undersigned attorney, notifies Defendants of Plaintiff Rush's intention to use, any pretrial proceeding or at trial, any documents produced by Defendants in response to Plaintiff Rush's written discovery.

**16.**

**CIVIL PRACTICES AND REMEDIES CODE § 30.014**

Pursuant to the Civil Practices and Remedies Coe § 30.014, the last three digits of Plaintiff Rush's driver's license number are #267.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Rush prays that the Defendants be cited to appear and answer herein; and that upon final trial of this cause, Plaintiff Rush be awarded his damages, together with pre-judgment and post-judgment interests at the highest legal rate; cost of court; and for such other and further relief at law or in equity to which the Plaintiff Rush may show himself justly entitled.

Respectfully submitted,

/s/ JASON C.N. SMITH
JASON C.N. SMITH
State Bar No. 00784999

LAW OFFICES OF JASON SMITH
600 Eighth Avenue
Fort Worth, Texas 76104
(817) 334-0880, telephone
(817) 334-0898, facsimile
Email: jasons@letsgotocourt.com

ATTORNEYS FOR PLAINTIFF

# Tab 3

CIVIL CASE INFORMATION SHEET

DC-14-10855

| CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____ | COURT *(FOR CLERK USE ONLY)*: _____ |

STYLED   Craig Rush v. Jacobs Engineering Group, Inc. and Samuel Pena

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name:  Jason C.N. Smith | Email:  jasons@letsgotocourt.com | Plaintiff(s)/Petitioner(s):  Craig Rush | ☒ Attorney for Plaintiff/Petitioner<br>☐ Pro Se Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: |
| Address:  600 8ᵗʰ Avenue | Telephone:  817-334-0880 | | Additional Parties in Child Support Case: |
| City/State/Zip:  Fort Worth, Texas 76104 | Fax:  817-334-0898 | Defendant(s)/Respondent(s):  Jacobs Engineering Group, Inc. | Custodial Parent:<br><br>Non-Custodial Parent: |
| Signature: | State Bar No:  00784999 | Samuel Pena | Presumed Father: |

[Attach additional page as necessary to list all parties]

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

### Civil

**Contract**

*Debt/Contract*
- ☐ Consumer/DTPA
- ☐ Debt/Contract
- ☐ Fraud/Misrepresentation
- ☐ Other Debt/Contract:

*Foreclosure*
- ☐ Home Equity—Expedited
- ☐ Other Foreclosure
- ☐ Franchise
- ☐ Insurance
- ☐ Landlord/Tenant
- ☐ Non-Competition
- ☐ Partnership
- ☐ Other Contract:

**Injury or Damage**
- ☐ Assault/Battery
- ☐ Construction
- ☐ Defamation
- *Malpractice*
  - ☐ Accounting
  - ☐ Legal
  - ☐ Medical
  - ☐ Other Professional Liability:
- ☐ Motor Vehicle Accident
- ☐ Premises
- *Product Liability*
  - ☐ Asbestos/Silica
  - ☐ Other Product Liability List Product:
- ☐ Other Injury or Damage:

**Real Property**
- ☐ Eminent Domain/ Condemnation
- ☐ Partition
- ☐ Quiet Title
- ☐ Trespass to Try Title
- ☐ Other Property:

**Related to Criminal Matters**
- ☐ Expunction
- ☐ Judgment Nisi
- ☐ Non-Disclosure
- ☐ Seizure/Forfeiture
- ☐ Writ of Habeas Corpus— Pre-indictment
- ☐ Other:

**Employment**
- ☐ Discrimination
- ☐ Retaliation
- ☒ Termination
- ☐ Workers' Compensation
- ☐ Other Employment:

**Other Civil**
- ☐ Administrative Appeal
- ☐ Antitrust/Unfair Competition
- ☐ Code Violations
- ☐ Foreign Judgment
- ☐ Intellectual Property
- ☐ Lawyer Discipline
- ☐ Perpetuate Testimony
- ☐ Securities/Stock
- ☐ Tortious Interference
- ☐ Other:

### Family Law

**Marriage Relationship**
- ☐ Annulment
- ☐ Declare Marriage Void
- *Divorce*
  - ☐ With Children
  - ☐ No Children

**Other Family Law**
- ☐ Enforce Foreign Judgment
- ☐ Habeas Corpus
- ☐ Name Change
- ☐ Protective Order
- ☐ Removal of Disabilities of Minority
- ☐ Other:

**Post-judgment Actions (non-Title IV-D)**
- ☐ Enforcement
- ☐ Modification—Custody
- ☐ Modification—Other

**Title IV-D**
- ☐ Enforcement/Modification
- ☐ Paternity
- ☐ Reciprocals (UIFSA)
- ☐ Support Order

**Parent-Child Relationship**
- ☐ Adoption/Adoption with Termination
- ☐ Child Protection
- ☐ Child Support
- ☐ Custody or Visitation
- ☐ Gestational Parenting
- ☐ Grandparent Access
- ☐ Parentage/Paternity
- ☐ Termination of Parental Rights
- ☐ Other Parent-Child:

| **Tax** | **Probate & Mental Health** |
|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>  ☐ Dependent Administration<br>  ☐ Independent Administration<br>  ☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: |

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:
- ☐ Appeal from Municipal or Justice Court
- ☐ Arbitration-related
- ☐ Attachment
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Class Action
- ☐ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Post-judgment
- ☐ Prejudgment Remedy
- ☐ Protective Order
- ☐ Receiver
- ☐ Sequestration
- ☐ Temporary Restraining Order/Injunction
- ☐ Turnover

## 4. Indicate damages sought *(do not select if it is a family law case)*:
- ☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- ☐ Less than $100,000 and non-monetary relief
- ☐ Over $100, 000 but not more than $200,000
- ☐ Over $200,000 but not more than $1,000,000
- ☒ Over $1,000,000

Rev 2/13

# Tab 4

# LAW OFFICES OF JASON SMITH
600 8th Ave.
Fort Worth, TX 76104
817-334-0880
817-334-0898 fax
letsgotocourt.com

American Board of Trial Advocates

Board Certified – Civil Appellate Law
Texas Board of Legal Specialization

September 15, 2014

District Clerk
Dallas County District Clerk's Office
600 Commerce St.                          DC-14-10855
Dallas, Texas 75202

RE:     *Craig Rush v. Jacobs Engineering Group, Inc. and Samuel Pena, Individually*

Dear Clerk:

Please issue a citation for service of Plaintiff's Original Petition and Request for Disclosure upon the following Defendants:

1) Defendant Jacobs Engineering Group, Inc.. may be served through its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136 **by Certified Mail Return Receipt Requested.**

2) Defendant Samuel Pena may be served at his place of residence, 1107 Danbury Drive, Mansfield, Texas 76063 **by personal service.**

Please email the citation for Samuel Pena to susand@letsgotocourt.com.

Thank you for your assistance in this matter.

Sincerely,

/s/ JASON C.N. SMITH
JASON C.N. SMITH
Email: jasons@letsgotocourt.com

JCNS/sed
Encls.

# Tab 5

# FORM NO. 353-3 – CITATION
## THE STATE OF TEXAS

To:

JACOBS ENGINEERING GROUP INC
SERVE ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201-3136

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being CRAIG RUSH

Filed in said Court 15th day of **September, 2014** against

**JACOBS ENGINEERING GROUP INC AND SAMUEL PENA, INDIVIDUALLY**

For Suit, said suit being numbered **DC-14-10855**, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 19th day of September, 2014.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____, Deputy
    ANGELICA HERNANDEZ

---

# CITATION

## DC-14-10855

CRAIG RUSH
vs.
JACOBS ENGINEERING GROUP
INC, et al

ISSUED THIS
19th day of **September, 2014**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: ANGELICA HERNANDEZ, Deputy

**Attorney for Plaintiff**
JASON C N SMITH
LAW OFFICES OF JASON SMITH
600 8TH AVENUE
FORT WORTH TX 76104
817-334-0880

DALLAS COUNTY CONSTABLE
FEES PAID    FEES NOT PAID

# OFFICER'S RETURN

Case No.: DC-14-10855

Court No. 160th District Court

Style: CRAIG RUSH

vs.

JACOBS ENGINEERING GROUP INC., et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____M. on the _____ day of _____ o'clock _____ .M. Executed at _____

within the County of _____ at _____

20_____ , by delivering to the within named _____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $ _____ | |
| For mileage | $ _____ | of _____ County, |
| For Notary | $ _____ | By: _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20_____,

to certify which witness my hand and seal of office.

_____
Notary Public _____ County

# Tab 6

# FORM NO. 353-3 – CITATION
## THE STATE OF TEXAS

To:

**SAMUEL PENA**
**1107 DANBURY DR**
**MANSFIELD TX 76063**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **CRAIG RUSH**

Filed in said Court **15th day of September, 2014** against

**JACOBS ENGINEERING GROUP INC AND SAMUEL PENA, INDIVIDUALLY**

For Suit, said suit being numbered **DC-14-10855**, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 19th day of September, 2014.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____/s/ Hernandez Angelica_____, Deputy
    ANGELICA HERNANDEZ

---

**E-SERVE**

# CITATION

## DC-14-10855

**CRAIG RUSH**
vs.
**JACOBS ENGINEERING GROUP INC, et al**

ISSUED THIS
**19th day of September, 2014**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: ANGELICA HERNANDEZ, Deputy

**Attorney for Plaintiff**
JASON C N SMITH
LAW OFFICES OF JASON SMITH
600 8TH AVENUE
FORT WORTH TX 76104
817-334-0880

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

# OFFICER'S RETURN

Case No. : DC-14-10855

Court No. 160th District Court

Style: CRAIG RUSH

vs.

JACOBS ENGINEERING GROUP INC, et al

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____ .M. on the _____ o'clock _____ .M. Executed at _____,

within the County of _____ at _____ day of _____,

20_____, by delivering to the within named _____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

For serving Citation      $ _____

For mileage              $ _____ of _____ County, _____

For Notary               $ _____ By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County

# Tab 7

# OFFICER'S RETURN

Case No.: DC-14-10855

Court No.160th District Court

Style: CRAIG RUSH

vs.

JACOBS ENGINEERING GROUP INC, et al

Came to hand on the ___19th___ day of ___Sept___, 20 __14__, at __9:09__ o'clock __A__.M. on the __23rd__ day of ___September___,
within the County of __Dallas, TX__ at __10:00__ o'clock __A__.M. Executed at __1999 Bryan St, Ste 900__
20 __14__, by delivering to the within named ___Jacobs Engineering Group, Inc by U.S. Certified Mail___
__return receipt received and signed by___ _____
each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by
me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

| For serving Citation | $ __65.00__ | Signed __Christopher Wells__ |
| For mileage | $ _____ | of _____, County, |
| For Notary | $ _____ | By __Cleta__ |
| | | _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____
_____ before me this _____ day of _____, 20 ___.
to certify which witness my hand and seal of office.

_____
Notary Public

_____ County

**GARY FITZSIMMONS**
DISTRICT CLERK
600 COMMERCE STREET
DALLAS, TEXAS 75202-4606

FILED
2014 SEP 24  AH 8:21
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

 **UNITED STATES
POSTAL SERVICE**

Date: September 23, 2014

MAIL MAIL:

The following is in response to your September 23, 2014 request for delivery information on your Certified Mail™/RRE item number 92148901066154000040130053.  The delivery record shows that this item was delivered on September 23, 2014 at 9:09 am in DALLAS, TX 75201. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

The customer reference information shown below is not validated or endorsed by the United States Postal Service.  It is solely for customer use.

DC1410855 DPRO/AH
JACOBS ENGINEERING GROUP INC
SERVE ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201-3140

# FORM NO. 353-3 - CITATION

# THE STATE OF TEXAS

To:

JACOBS ENGINEERING GROUP INC
SERVE ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201-3136

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being CRAIG RUSH

Filed in said Court **15th day of September, 2014** against

JACOBS ENGINEERING GROUP INC AND SAMUEL PENA, INDIVIDUALLY

For Suit, said suit being numbered **DC-14-10855**, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 19th day of September, 2014.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____ Deputy
ANGELICA HERNANDEZ

---

# CITATION

## DC-14-10855

**CRAIG RUSH**
vs.
**JACOBS ENGINEERING GROUP INC, et al**

ISSUED THIS
19th day of September, 2014

By: ANGELICA HERNANDEZ, Deputy

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

**Attorney for Plaintiff**
JASON C N SMITH
LAW OFFICES OF JASON SMITH
600 8TH AVENUE
FORT WORTH TX 76104
817-334-0880

DALLAS COUNTY CONSTABLE
FEES PAID
FEES NOT PAID

# Tab 8

FILED
DALLAS COUNTY
10/6/2014 4:29:21 PM
GARY FITZSIMMONS
DISTRICT CLERK

Dianne Coffey

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:

SAMUEL PENA
1107 DANBURY DR
MANSFIELD TX 76063

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **160th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being CRAIG RUSH

Filed in said Court **15th day of September, 2014**

JACOBS ENGINEERING GROUP INC AND SAMUEL PENA, INDIVIDUALLY

For Suit, said suit being numbered **DC-14-10855**, the nature of which demand is as follows:
Suit on **EMPLOYMENT** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 19th day of September, 2014.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By: _____

ANGELICA HERNANDEZ

_____ Deputy

---

**E-SERVE**

**CITATION**

**DC-14-10855**

CRAIG RUSH
vs.
JACOBS ENGINEERING GROUP
INC, et al

ISSUED THIS
19th day of September, 2014

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: ANGELICA HERNANDEZ, Deputy

**Attorney for Plaintiff**
JASON C N SMITH
LAW OFFICES OF JASON SMITH
600 8TH AVENUE
FORT WORTH TX 76104
817-334-0880

**OFFICER'S RETURN**

Case No.: DC-14-10855

Court No.160th District Court

Style: CRAIG RUSH

vs.

JACOBS ENGINEERING GROUP INC, et al

Came to hand on the _19th_ day of _September_, 20 _14_, at _11:30_ o'clock _A_. M. Executed at _1107 Danbury Dr_
within the County of _Tarrant_ at _7:23_ o'clock _P_ .M. on the _1st_ day of _October_
20 _14_, by delivering to the within named _Samuel Penn_

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by
me in serving such process was _____ miles and my fees are as follows:  To certify which witness my hand.

| | |
|---|---|
| For serving Citation | $ _____ |
| For mileage | $ _____ |
| For Notary | $ _____ |

(Must be verified if served outside the State of Texas.)

of _Tarrant_ County, _Texas_

By: _Exonus  8-31-17_                      Deputy

Scn #9027

Signed and sworn to by the said _____
to certify which witness my hand and seal of office.

_____ before me this _____ day of _____, 20 ____.

_____
Notary Public

_____ County